Respondent, v. EDISON ELECTRIC ILLUMINATING COMPANY OF BROOKLYN, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Blackmar, P. J., Rich, Kelly, Manning and Young, JJ.

MICHAEL J. CORRIGAN, Respondent, v. EDISON ELECTRIC ILLUMINATING COMPANY OF BROOKLYN, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Blackmar, P. J., Rich, Kelly, Manning and Young, JJ.

WILLIAM A. GANZERT, Respondent, v. LINDLEY M. GARRISON, as Receiver of the Nassau Electric Railroad Company, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Blackmar, P. J., Rich, Kelly, Kelby and Young, JJ.

HARRY GUMBRELL, Appellant, v. CLAUSEN-FLANAGAN BREWERY, Respondent. — Judgment and order reversed and new trial granted, with costs to appellant to abide the event, on authority of Gumbrell v. Clausen-Flanagan Brewery [199 App. Div. 778], decided herewith. Blackmar, P. J., Rich, Kelly, Kelby and Young, JJ., concur.

JOHN P. McDONALD, Appellant, v. ACKER, MERRALL & CONDIT COMPANY and LUCIUS M. BOOMER, Respondents. (Appeal No. 1.) — Order granting motion to vacate order for the examination of the defendant Boomer affirmed, with ten dollars costs and disbursements. No opinion. Blackmar, P. J., Rich, Kelly, Manning and Young, JJ., concur.

JOHN P. McDONALD, Appellant, v. ACKER, MERRALL & CONDIT COMPANY and LUCIUS M. BOOMER, Respondents. (Appeal No. 2.) — Order granting motion to change place of trial affirmed, with ten dollars costs and disbursements. No opinion. Blackmar, P. J., Rich, Kelly, Manning and Young, JJ., concur.

JOHN P. McDONALD, Appellant, v. ACKER, MERRALL & CONDIT COMPANY and LUCIUS M. BOOMER, Respondents. (Appeal No. 3.) — Order vacating the order for examination of the defendant corporation affirmed, with ten dollars costs and disbursements. No opinion. Blackmar, P. J., Rich, Kelly, Manning and Young, JJ., concur.

NEW ROCHELLE TRUST COMPANY, as Administrator de Bonis Non, etc., of PIETRO CARTIANO SCIARRINO (Also Known as C. S. PIETRO), Appellant, v. MARGARET BAKER, Respondent.— Judgment and order reversed and new trial granted, with costs to abide the event. We think the exceptions to the admission of the evidence of defendant as to personal transactions with deceased* present reversible error. We have examined the other exceptions to the charge and conclude that they present no ground for reversing the judgment. Blackmar, P. J., Rich, Kelly, Jaycox and Kelby, JJ., concur.

HILLEL PINEFSKY, Appellant, v. CHAUNCEY GARAGE CORPORATION, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Blackmar, P. J., Rich, Kelly, Kelby and Young, JJ.

JOHN POLICASTRO, an Infant, by PETER POLICASTRO, His Guardian ad Litem, Respondent, v. TIDEWATER PAPER MILLS COMPANY, Appellant.— The evidence in the case is insufficient to support the jury's finding that the plaintiff was assaulted by an employee of the defendant acting within the scope of his employment. While we entertain no doubt that the defendant's counsel made the statement of fact appearing in the opinion of the learned trial justice, such

* See Code Civ. Proc. § 829.— [REP.